UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

| | |
|---|---|
| J. BRIAN HURD, : | |
|       Plaintiff, : | CASE NO.: 1:19-cv-09708-PGG |
|                                   : | |
|    vs. : | |
|                                   : | |
| DOVA PHARMACEUTICALS INC., DAVID : | |
| ZACCARDELLI, STEVEN M. GOLDMAN, : | |
| ROGER A. JEFFS, PAUL B. MANNING, : | |
| ALFRED J. NOVAK, SEAN STALFORT, and : | |
| NANCY WYSENSKI, : | |
|                                   : | |
|       Defendants. : | |

--------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 13, 2019

**OF COUNSEL:**
**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
jfruchter@ademilaw.com

*Attorney for Plaintiff*

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*